IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN MONEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 14–cv–0585–MJR–PMF |
| CITY OF SHAWNEETOWN, | ) |
| ILLINOIS; | ) |
| ROBERT BOON, and | ) |
| STEVEN MCDERMOTT, | ) |
| | ) |
| Defendants. | ) |

# ORDER

REAGAN, District Judge:

This § 1983[1] civil rights case, in which Plaintiff has sued for damages stemming from (what he alleges is) a May 2013 wrongful arrest, comes before the Court on three motions.

The undersigned first **DENIES** (Doc. 10) Plaintiff's Motion for Default Judgment. Plaintiff has not secured an entry of default against Defendants, and the "Federal Rules of Civil Procedure make a clear distinction between the entry of default and the entry of a default judgment." *Lowe v. McGraw-Hill Cos.*, 361 F.3d 335, 339 (7th Cir. 2004). There are two stages in a default proceeding: entry of default and entry of default judgment. *In re Catt*, 368 F.3d 789, 793 (7th Cir. 2004). Plaintiff's failure to complete the first stage is fatal to his effort to complete the second. *See UMG Recordings, Inc. v. Stewart*, 461 F. Supp. 2d 837, 840 (S.D. Ill. 2006) (citing FED. R. CIV. P. 55) ("Obtaining a default judgment entails two steps. First, the party seeking a default judgment must file a motion for entry of default with the clerk of a district court by demonstrating that the opposing party has failed to answer or otherwise respond to the complaint, and, second, once the clerk

---

[1] The Complaint also contains pendent state claims.

has entered a default, the moving party may then seek entry of a default judgment against the defaulting party.").

Plaintiff's Motion for a Hearing (**Doc. 11**) on his default judgment motion is accordingly **MOOT**.

Finally, the Court (finding excusable neglect as articulated in Defendants' motion) **GRANTS (Doc. 13)** Defendants' Motion for Extension of Time to Answer. *See* Fed. R. Civ. P. 6(b)(1)(B). Responsive pleading(s) now due on or before August 8, 2014.

IT IS SO ORDERED.

DATE: July 10, 2014            s/ *Michael J. Reagan*
                                                       MICHAEL J. REAGAN
                                                       United States District Judge